IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES C. WYSNER, ID # 1016553,     )<br>              Petitioner,                             )<br>vs.                                                        )<br>                                                           )<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal                )<br>Justice, Correctional Institutions Division, )<br>              Respondent.                            ) | No. 3:05-CV-0392-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Almost two months after the magistrate judge filed her findings, conclusions, and recommendation, petitioner filed on January 11, 2007 a motion to disqualify her. This motion is denied as untimely.

**SIGNED** January 22, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE